IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00086-MSK-MJW

BERTHEL FISHER & COMPANY, et al.,

Plaintiff(s),

v.

POLAR MOLECULAR HOLDING CORPORATION., et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Plaintiffs' Motion to Vacate Scheduling Conference (Currently Set for May 11, 2006), DN 12, filed with the Court on May 8, 2006, is GRANTED as follows:

     The scheduling conference set on May 11, 2006, at 9:00 a.m., is VACATED. However, the court will set a status conference on June 27, 2006, at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  At the Status Conference, the plaintiff shall provide the Court with an update on the pending motions and the court will address the setting of any future hearings in this matter.

Date:   May 9, 2006