IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00086-MSK-MJW

BERTHEL FISHER & COMPANY, an Iowa corporation, and
THOMAS J. BERTHEL,

        Plaintiffs,

v.

POLAR MOLECULAR HOLDING CORPORATION, a Delaware corporation, and
MARK NELSON,

        Defendants.

_____

## ORDER DENYING DEFENDANTS' OBJECTION TO SERVICE OF PROCESS AND MOTION TO SET ASIDE ENTRY OF DEFAULTS
_____

**THIS MATTER** comes before the Court pursuant to Defendants' Objection to Service of Process and Motion to Set Aside Entry of Defaults **(#17)**.

The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 26th day of May 2006.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge