# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-00086-MSK-MJW            FTR

**Date:**  October 3, 2006                          Shelley Moore, Deputy Clerk

BERTHEL FISHER & COMPANY, and                       Bret M. Heidemann
THOMAS J. BERTHEL,

                             Plaintiff(s),

v.

POLAR MOLECULAR HOLDING CORPORATION,                Charles A. Miller
and MARK NELSON,

                             Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session 9:00 a.m.**

Court calls case.  Appearances of counsel.

Mr. Heidemann states that counsel have not conducted discovery at this point.

Mr. Miller concurs with Mr. Heidemann's statements.

Counsel state that settlement discussions would not be fruitful at this time.

**ORDERED:**  The Joint Motion to Modify Scheduling Order (document 30) is GRANTED.  Counsel shall file an updated deposition schedule by October 30, 2006.

**ORDERED:**  A **Telephone Status Conference** is set on **November 21, 2006, at 9:00 a.m.**  Plaintiff shall initiate the conference call to opposing counsel and then to chambers at (303) 844-2403 on that date and time.

**Court in recess 9:06 a.m.**
Total In-Court Time 0:06, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.