IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00086-MSK-MJW

BERTHEL FISHER & COMPANY, et al.,

Plaintiff(s),

v.

POLAR MOLECULAR HOLDING CORPORATION., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 35) is DENIED WITHOUT PREJUDICE. The parties may request further relief following ruling by Judge Krieger on Defendants' Second Motion to Set Aside Entry of Defaults (docket no. 22).

Date: November 7, 2006