IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00086-MSK-MJW

BERTHEL FISHER & COMPANY, an Iowa corporation, and
THOMAS J. BERTHEL,

      Plaintiffs,

v.

POLAR MOLECULAR HOLDING CORPORATION, a Delaware corporation, and
MARK NELSON,

      Defendants.

---

## ORDER RESETTING HEARING

---

**IT IS ORDERED** that the Evidentiary Hearing set for **December 21, 2006 at 4:00 p.m.**

is **VACATED** and reset to **December 29, 2006 at 1:30 p.m.** in Courtroom A901, 901 19th

Street, Denver, Colorado.

Dated this 14th day of November, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge