IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00086-MSK-MJW

BERTHEL FISHER & COMPANY, an Iowa corporation, and
THOMAS J. BERTHEL,

    Plaintiffs,

v.

POLAR MOLECULAR HOLDING CORPORATION, a Delaware corporation, and
MARK NELSON,

    Defendants.

## ORDER VACATING AND RESETTING EVIDENTIARY HEARING

Due to inclement weather,

**IT IS ORDERED** that the evidentiary hearing set for **December 29, 2006 at 1:30 p.m.** is **VACATED** and **RESET** to **January 31, 2007 at 3:00 p.m.**

Dated this 28th day of December, 2006

    **BY THE COURT:**

    *Marcia S. Krieger*

    Marcia S. Krieger
    United States District Judge