IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00086-MSK-MJW

BERTHEL FISHER & COMPANY, an Iowa corporation, and
THOMAS J. BERTHEL,

       Plaintiffs,

v.

POLAR MOLECULAR HOLDING CORPORATION, a Delaware corporation, and
MARK NELSON,

       Defendants.

---

## ORDER VACATING AND RESETTING EVIDENTIARY HEARING

---

Due to a scheduling conflict,

**IT IS ORDERED** that the evidentiary hearing set for **January 31, 2007 at 3:00 p.m.** is

**VACATED** and **RESET** to **January 31, 2007 at 3:30 p.m.**

Dated this 3rd day of January, 2007

       **BY THE COURT:**

       _Marcia S. Krieger_

       _____
       Marcia S. Krieger
       United States District Judge